UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GINA CARMICHAEL,

         NO. CIV. S-02-2651 LKK/DAD

    Plaintiff,

  v.

         O R D E R

TRANS UNION COLLECTION AGENCY,

    Defendant.

_____/

The court is in receipt of a letter from the plaintiff regarding various issues related to her case. See Docket No. 14. This case has been remanded to the Superior Court and plaintiff was notified by letter on September 23, 2008 that, because there was no action pending in this court, it was inappropriate for her to file or mail documents to the court. Accordingly, the clerk is ORDERED to disregard any further correspondence from the plaintiff regarding this case.

IT IS SO ORDERED.

DATED: November 6, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1